ACCEPTED
03-14-00665-CV
4681580
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/27/2015 5:05:16 PM
JEFFREY D. KYLE
CLERK

**Case No. 03-14-00665-CV**

_____

IN THE COURT OF APPEALS FOR THE
THIRD JUDICIAL DISTRICT
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/27/2015 5:05:16 PM
JEFFREY D. KYLE
Clerk

_____

ERIC DRAKE

*Plaintiff - Appellant,*

**vs.**

KASTL LAW FIRM P.C., ET. AL.

*Defendants - Appellees.*

_____

On Appeal from the 200th District Court, Travis County
Case No. D-1-GN-14-001215

**<u>DEFENDANT'S MOTION TO STRIKE</u>**

TO THE HONORABLE COURT OF APPEALS:

COMES NOW SEANA WILLING, Appellee herein, and files this Motion to Strike Appellant's Brief, and would respectfully show this Court the following:

The maximum length of a brief in an appellate court is 15,000 words if computer-generated, and 50 pages if not. TEX. R. APP. P. 9.4(i)(2)(B).

On or about February 12, 2015, Eric Drake ("Appellant") asked this Court for permission to exceed the word count in his original brief. In his motion, Appellant admits that his brief exceeds the word limit for a brief.

On or about February 20, 2015, this Court denied Appellant's motion.

On March 2, 2014, Appellant filed his Appellant's Brief. In that brief, he certified that his brief was in compliance of the word limit, as per TEX. R. APP. P. 9.4(i)(3). Appellant certified that "exclusive of the exempted portions, the brief contains 14,980 words. [Appellant's Brief, page 85].

The exempted portions for purposes of a brief's length are specified as follows:

> "In calculating the length of a document, every word and every part of the document, including headings, footnotes, and quotations, must be counted except the following: caption, identity of parties and counsel, statement regarding oral argument, table of contents, index of authorities, statement of the case, statement of issues presented, statement of jurisdiction, statement of procedural history, signature, proof of service, certification, certificate of compliance, and appendix."

TEX. R. APP. P. 9.4(i)(1).

Appellant's Brief exceeds the maximum length. Ms. Willing asks this Court to take judicial notice of the fact that exclusive of the exempted portions, the brief is over 75 pages in length.

More significantly, despite Appellant certifying that his brief contained 14,980 words, and thus just making the word limit, the brief actually contains approximately 16,675 words, significantly exceeding the limit established by TEX. R. APP. P. 9.4(i)(2)(B).

Ms. Willing asks this Court to take judicial notice that the relevant portions of Appellant's Brief (pages 6-83) exceed the maximum length in both pages and words.

For the convenience of the Court, a spreadsheet is attached identifying how many words are on each page. (<u>Exhibit A</u>). The word count for each page was counted using "Word Counter," an Add-on Tool for Adobe Acrobat.

Appellant's false word count, presented knowingly to this Court despite (or because of) his awareness of this Court's previous ruling, is yet another example of the bad faith in litigating this matter by Appellant, not only in this Court, but in the Trial Court. Other examples of the bad faith in his litigation include (but are not limited to):

1. Threatening spouses of state officials with litigation solely to avoid immunity afforded to state officials [*See* Vol. 4 Reporter's Record, pages 11-12];

2. Filing and asking the trial court to entertain Plaintiff's Verified Motion to Reinstate and For New Trial on the same day as filing his Appellant's Brief, knowing that this Court has jurisdiction over the subject matter;

3. Attempting to forum shop by asking that this appeal be transferred to the Twelfth Court of Appeals;

4. Attempting to recuse judges on this Court based solely on speculation;

5. Attempting to recuse judges in Travis County on the day Appellant filed a Nonsuit, so that the Trial Court's plenary jurisdiction would expire before the Motion to Declare Eric Drake a Vexatious Litigant could be heard [*See* Clerk's Record, pages 547-555]; and

6. Attempting to insert documents into the record that were never filed or served on Ms. Willing.

Appellant's misrepresentation of the length of his brief should be considered more egregious when considered in the context of Appellant's actions in this Court and in the Trial Court, and when the purpose of Appellant's appeal is to avoid being declared (again) a vexatious litigant.

In light of his knowing misrepresentation, Ms. Willing asks that Appellant's Brief be stricken from the record, and that the determination of the Trial Court, finding Eric Drake to be a vexatious litigant, be affirmed. TEX. R. APP. P. 9.4(k) (court may strike a document prepared in a manner to avoid the limits of Rule 9.4).

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Defense
Litigation

ANGELA V. COLMENERO
Chief–General Litigation Division


/s/ Scot M. Graydon
Scot M. Graydon
Assistant Attorney General
State Bar No. 24002175
Office of the Attorney General
P.O. Box 12548
Austin, Texas  78711-2548
(512) 463-2120
(512) 320-0667 - facsimile

*ATTORNEYS FOR APPELLEE SEANA WILLING*

## CERTIFICATE OF CONFERENCE

On March 10, 2015, the undersigned attempted to confer in writing with Mr. Eric Drake, *Plaintiff Pro Se*, regarding the underlying Motion. (Exhibit B, pages 1-4).  The undersigned has previously indicated to Mr. Drake that communications should be done in writing to avoid any miscommunication or misinterpretation regarding what parties did and did not agree to in oral attempts to confer. (Exhibit B, pages 7-8).  Although the letter was sent to Appellant on March 10, 2015, and arrived at his address on March 11, 2015, Appellant has not picked up this letter as of the filing of this Motion. (Exhibit B, page 5).  It is assumed Appellant is opposed to this Motion.  While other parties were involved at the Trial Court level, none are involved in the appeal.

/s/ Scot M. Graydon
**Scot M. Graydon**
Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was sent via *regular mail* and *certified mail, return receipt requested* on March 27, 2015 to:

Eric Drake
PO Box 833688
Richardson, Texas 75083
*Pro Se* Appellant

/s/ Scot M. Graydon
**Scot M. Graydon**
Assistant Attorney General

# WORD COUNT BY PAGE

| | | Page Number | | | Word Count | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | 6 | | | 188 | |
| | | 7 | | | 180 | |
| | | 8 | | | 181 | |
| | | 9 | | | 201 | |
| | | 10 | | | 226 | |
| | | 11 | | | 207 | |
| | | 12 | | | 215 | |
| | | 13 | | | 29 | |
| | | 14 | | | 203 | |
| | | 15 | | | 188 | |
| | | 16 | | | 245 | |
| | | 17 | | | 243 | |
| | | 18 | | | 215 | |
| | | 19 | | | 226 | |
| | | 20 | | | 226 | |
| | | 21 | | | 205 | |
| | | 22 | | | 208 | |
| | | 23 | | | 227 | |
| | | 24 | | | 239 | |
| | | 25 | | | 245 | |
| **Words for Pgs 6-25:** | | | | | **4097** | |
| | | | | | | |
| | | 26 | | | 258 | |
| | | 27 | | | 206 | |
| | | 28 | | | 225 | |
| | | 29 | | | 218 | |
| | | 30 | | | 211 | |
| | | 31 | | | 224 | |
| | | 32 | | | 217 | |
| | | 33 | | | 84 | |
| | | 34 | | | 271 | |
| | | 35 | | | 228 | |
| | | 36 | | | 223 | |
| | | 37 | | | 247 | |
| | | 38 | | | 230 | |

**EXHIBIT A**

# WORD COUNT BY PAGE

| | | | | | |
|---|---|---|---|---|---|
| | | 39 | | 239 | |
| | | 40 | | 218 | |
| | | 41 | | 241 | |
| | | 42 | | 213 | |
| | | 43 | | 234 | |
| | | 44 | | 240 | |
| | | 45 | | 226 | |
| **Words for Pgs. 26-45** | | | | **4453** | |
| | | | | | |
| | | 46 | | 239 | |
| | | 47 | | 229 | |
| | | 48 | | 192 | |
| | | 49 | | 232 | |
| | | 50 | | 238 | |
| | | 51 | | 194 | |
| | | 52 | | 223 | |
| | | 53 | | 250 | |
| | | 54 | | 215 | |
| | | 55 | | 228 | |
| | | 56 | | 230 | |
| | | 57 | | 245 | |
| | | 58 | | 245 | |
| | | 59 | | 239 | |
| | | 60 | | 226 | |
| | | 61 | | 236 | |
| | | 62 | | 207 | |
| | | 63 | | 125 | |
| | | 64 | | 228 | |
| | | 65 | | 236 | |
| **Words for Pgs. 46-65** | | | | **4457** | |
| | | | | | |
| | | 66 | | 234 | |
| | | 67 | | 224 | |
| | | 68 | | 194 | |
| | | 69 | | 233 | |
| | | 70 | | 249 | |
| | | 71 | | 224 | |

# WORD COUNT BY PAGE

| | | | | | |
|---|---|---|---|---|---|
| | | 72 | | 44 | |
| | | 73 | | 214 | |
| | | 74 | | 218 | |
| | | 75 | | 245 | |
| | | 76 | | 232 | |
| | | 77 | | 224 | |
| | | 78 | | 222 | |
| | | 79 | | 236 | |
| | | 80 | | 230 | |
| | | 81 | | 250 | |
| | | 82 | | 195 | |
| **Words for Pgs. 66-82** | | | | **3668** | |
| | | | | | |
| **Total Words:** | | **6-25** | | **4097** | |
| | | **26-45** | | **4453** | |
| | | **46-65** | | **4457** | |
| | | **66-82** | | **3668** | |
| **Total:** | | | | **16,675** | |



**SCOT M. GRAYDON**
Assistant Attorney General
General Litigation Division

PHONE: (512) 463-2120
FAX: (512) 320-0667

March 10, 2015

***VIA EXPRESS MAIL, and***
***U.S. First Class Mail***

Eric Drake
PO Box 833688
Richardson, Texas 75083

   Re: *Eric Drake v. Kastl Law, P.C., et. al.*
     Case No. 03-14-00665-CV
     Court of Appeals, Third District of Texas

Mr. Drake

   I write to confer with you on a motion I plan to file, asking the court to strike your Appellant's Brief for exceeding the length of a brief under the Texas Rules of Appellate Procedure.

   I assume you oppose such a motion, but I am nevertheless writing to confirm this. Please advise me, no later than Friday, March 13, 2015, if you are opposed or unopposed to such a motion. If I do not receive your response by the close of business that day, I will include in my certificate of conference that you are presumed opposed.

              Sincerely,

              **SCOT M. GRAYDON**
              Assistant Attorney General
              General Litigation Division
              (512)463-2120
              (512)320-0667 Facsimile

**EXHIBIT B**

EI 063313274 US

**EXPRESS MAIL**

UNITED STATES POSTAL SERVICE ®

**Post Office To Addressee**

## ORIGIN (POSTAL SERVICE USE ONLY)

**PO ZIP Code**
75711

**Date Accepted**
Mo. 3 Day 10 Year 15

**Time Accepted**
☐ AM  ☑ PM
1541

**Flat Rate ☑ or Weight**
lbs. 2 ozs.

**Day of Delivery**
☑ Next ☐ 2nd ☐ 2nd Del. Day

**Scheduled Date of Delivery**
Month 3 Day 11

**Scheduled Time of Delivery**
☑ Noon ☐ 3 PM

**Military**
☐ 2nd Day ☐ 3rd Day

**Int'l Alpha Country Code**

**Postage**
$ 19.99

**Return Receipt Fee**
$

**COD Fee**
$

**Insurance Fee**
$

**Total Postage & Fees**
$ 19.99

**Acceptance Emp. Initials**

**FROM:** (PLEASE PRINT)  PHONE ( 512 ) 463-2120

Scot M. Graydon
PO Box 12548
Capital Station, MC 019
Austin, TX 78711-2548

## FOR PICKUP OR TRACKING

Visit **www.usps.com**

Call **1-800-222-1811**

## DELIVERY (POSTAL USE ONLY)

| Delivery Attempt | Time | ☐ AM ☐ PM | Employee Signature |
|---|---|---|---|
| Mo.    Day Delivery Attempt | Time | ☐ AM ☐ PM | Employee Signature |
| Mo.    Day Delivery Date | Time | ☐ AM ☐ PM | Employee Signature |
| Mo.    Day | | | |

## CUSTOMER USE ONLY

**PAYMENT BY ACCOUNT**
Express Mail Corporate Acct. No.

Federal Agency Acct. No. or
Postal Service Acct. No.

☐ **WAIVER OF SIGNATURE** *(Domestic Mail Only)*
Additional merchandise insurance is void if customer requests waiver of signature. I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

☐ **NO DELIVERY**
☐ Weekend  Holiday ☐   Mailer Signature

**TO:** (PLEASE PRINT)   PHONE (      )

Eric Drake
PO Box 833688
Richardson, TX

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)

7 5 0 8 3 +

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

Order stamps at usps.com/shop or call 1-800-Stamp24. Go to usps.com/clicknship to print shipping labels with postage. For other information call 1-800-ASK-USPS.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Get your mail when and where you want it with a secure Post Office Box. Sign up for a box online at usps.com/poboxes.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Bill#:1000302181689
Clerk:19

All sales final on stamps and postage
Refunds for guaranteed services only
Thank you for your business

------------------------------------

HELP US SERVE YOU BETTER

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

Go to:
https://postalexperience.com/Pos

Or scan this code with your mobile
device.



YOUR OPINION COUNTS

------------------------------------

Customer Copy

========================================
========= Sales Receipt =========

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| ~~ RICHARDSON TX 75083-3688 | | | $19.99 |

Zone-3
Priority Mail Express 1-Day
Flat Rate Env
 1.70 oz.
 USPS Tracking #:
 EI063313274US
 Scheduled Delivery Day: Wed
 03/11/15 12:00PM - Money Back
 Guarantee
 Includes $100 insurance

 Signature Requested
 Customer Postage                   -$19.99
  Subtotal:                          $0.00
                                   ========
 Issue Postage:                      $0.00

                                   ==========
Total:                               $0.00

Paid by:
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
BRIGHTEN SOMEONE'S MAILBOX. Greeting cards available for purchase at select Post Offices.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In a hurry? Self-service kiosks offer quick and easy check-out. Any Retail Associate can show you how.

~~ Save this receipt as evidence of insurance. For information on filing an insurance claim go to usps.com/ship/file-domestic-claims.htm

EI063313274US

DRAKE
Ltr, dated 3/10/15





# USPS Tracking™



**Customer Service** ›
**Have questions? We're here t**

---

**Tracking Number: EI063313274US**

**Updated Delivery Day: Thursday, March 12, 2015**
**Scheduled Delivery Day: Wednesday, March 11, 2015, 12:00 pm**
**Money Back Guarantee**

## Product & Tracking Information

**Postal Product:**
Priority Mail Express 1-Day™

**Extra Svc:**
PO to Addressee

Up to $100 insurance included
Restrictions Apply

## Available Actions

**Proof of Delivery**

---

**Text Updates**

**Email Updates**

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **March 11, 2015 , 11:39 am** | **Available for Pickup** | **RICHARDSON, TX 75080** |

Your item arrived at the RICHARDSON, TX 75080 post office at 11:39 am on March 11, 2015 and is ready for pickup.

| | | |
|---|---|---|
| March 11, 2015 , 11:35 am | Arrived at Post Office | RICHARDSON, TX 75080 |
| March 11, 2015 , 6:45 am | Arrived at USPS Origin Facility | COPPELL, TX 75099 |
| March 10, 2015 , 9:22 pm | Departed USPS Facility | AUSTIN, TX 78710 |
| March 10, 2015 , 6:58 pm | Arrived at USPS Facility | AUSTIN, TX 78710 |
| March 10, 2015 , 5:42 pm | Departed Post Office | AUSTIN, TX 78701 |
| March 10, 2015 , 3:41 pm | Acceptance | AUSTIN, TX 78701 |

## Track Another Package

**Tracking (or receipt) number**

| | |
|---|---|
| | Track It |

Search or Enter a Tracking Number

**Page 005**

| HELPFUL LINKS | ON ABOUT.USPS.COM | OTHER USPS SITES | LEGAL INFORMATION |
|---|---|---|---|
| Contact Us | About USPS Home | Business Customer Gateway | Privacy Policy |
| Site Index | Newsroom | Postal Inspectors | Terms of Use |
| FAQs | USPS Service Updates | Inspector General | FOIA |
| | Forms & Publications | Postal Explorer | No FEAR Act EEO Data |
| | Government Services | National Postal Museum | |
| | Careers | Resources for Developers | |

Copyright © 2015 USPS. All Rights Reserved.

| HELPFUL LINKS | ON ABOUT.USPS.COM | OTHER USPS SITES | LEGAL INFORMATION |
|---|---|---|---|
| Contact Us | About USPS Home | Business Customer Gateway | Privacy Policy |
| Site Index | Newsroom | Postal Inspectors | Terms of Use |
| FAQs | USPS Service Updates | Inspector General | FOIA |
| | Forms & Publications | Postal Explorer | No FEAR Act EEO Data |
| | Government Services | National Postal Museum | |
| | Careers | Resources for Developers | |

**Page 006**



SCOT M. GRAYDON
Assistant Attorney General
General Litigation Division

PHONE: (512) 463-2120
FAX: (512) 320-0667

January 30, 2015

**_VIA CERTIFIED MAIL, RRR and_**
**_U.S. First Class Mail_**

Eric Drake
PO Box 833688
Richardson, Texas 75083

      Re:    *Eric Drake v. Kastl Law, P.C., et. al.*
             Case No. 03-14-00665-CV
             Court of Appeals, Third District of Texas

Mr. Drake

      I write you regarding attempts to confer in this litigation. Throughout the course of this litigation, you and I have had different understandings of what we did and did not agree to in oral attempts to confer, and difficulties in achieving communication.

      To avoid any further misunderstandings or misinterpretations by either side, I ask that from this point forward, you confer with me in writing if conference is appropriate under the Texas Rules of Appellate Procedure, Texas Rules of Civil Procedure, or any applicable Local Rules. I will do the same in conferring with you. I may be reached at the fax number on this letter, as well as by mail. I ask that you provide me with a fax number, if one is available to you.

      While this may create some inconvenience for both sides, I think this should avoid the greater inconvenience brought about by confusion or misinterpretation of our oral communications. I have sent this letter to your address of record with the court on January 27, 2015, but out of abundance of caution, I am sending it to the Richardson address above, as well.

                                Sincerely,

                                SCOT M. GRAYDON
                                Assistant Attorney General
                                General Litigation Division
                                (512)463-2120
                                (512)320-0667 Facsimile



**SCOT M. GRAYDON**
Assistant Attorney General
General Litigation Division

PHONE: (512) 463-2120
FAX: (512) 320-0667

February 24, 2015

*VIA CERTIFIED MAIL, RRR and*
*U.S. First Class Mail*

Eric Drake
PO Box 833688
Richardson, Texas 75083

> Re:  *Eric Drake v. Kastl Law, P.C., et. al.*
> Case No. 03-14-00665-CV
> Court of Appeals, Third District of Texas

Mr. Drake

According to my voicemail you have attempted to confer orally with me on a motion. The subject matter of the motion was unstated. My office attempted to contact you today, but you were apparently unavailable. On numerous previous occasions my office has attempted to contact you when I have been unavailable and you refused to communicate with them so that they can reach me to find out our position.

Also on numerous occasions I have requested that you confer with me, when you must, in writing because parties in this litigation have disagreed about what was and was not discussed during attempts to orally confer. We have sent you letters making this request on January 27, 30, and February 10, 2015.

Once again, if you must confer with me, please do so in writing so that there is no miscommunication or misinterruptation of what we communicated about.

Sincerely,

**SCOT M. GRAYDON**
Assistant Attorney General
General Litigation Division
(512)463-2120
(512)320-0667 Facsimile